**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SELVIN PONCE-MARADIAGA,<br><br>Petitioner(s),<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent(s). | CASE NO. C26-2087-KKE<br>[related to CR24-0092-KKE-2]<br><br>SCHEDULING ORDER |

Petitioner filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Dkt. No. 1. After a preliminary review of the motion, the Court ORDERS as follows:

(1)     No later than July 31, 2026, the United States shall file and serve an Answer in accordance with Rule 5 of the Rules Governing § 2255 Cases in United States District Courts. As part of its Answer, the United States shall state its position as to whether an evidentiary hearing is necessary, whether any discovery is necessary, whether there is any issue as to abuse or delay under Rule 9, and whether Petitioner's motion is barred by the statute of limitations.

(2)     On the face of its Answer, the United States shall note this matter for 28 days following the filing of its Answer, and the Clerk shall note the matter on the Court's docket accordingly.

(3)     Petitioner may file a Reply to the Answer no later than the noting date.

SCHEDULING ORDER - 1

(4)     The Clerk shall mail a copy of this order to Petitioner.

Dated this 16th day of June, 2026.

_____
Kymberly K. Evanson
United States District Judge

SCHEDULING ORDER - 2