The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SELVIN PONCE-MARADIAGA,<br><br>                    Defendant-Petitioner,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Plaintiff-Respondent. | NO. C26-2087-KKE<br>[related to CR24-0092-KKE-2]<br><br><br>ORDER GRANTING UNITED STATES'<br>MOTION FOR EXTENSION OF TIME TO<br>FILE ANSWER TO § 2255 PETITION |

The Court, having reviewed the United States' Motion for an Extension of Time to File an Answer to Defendant-Petitioner's *Pro Se* Motion for Relief under 28 U.S.C. § 2255, and any response thereto, HEREBY GRANTS the United States' motion.

It is HEREBY ORDERED that the United States may file its Answer to Defendant-Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Defendant-Petitioner's Motion"), on or before September 4, 2026.

//

//

//

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE ANSWER TO § 2255 PETITION - 1
*United States v. Ponce-Maradiaga*, C26-2087-KKE

It is further ORDERED that Defendant-Petitioner's Motion shall be noted for October 2, 2026. Petitioner may file a Reply to the Answer no later than October 2, 2026.

DATED this 22nd day of June, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE ANSWER TO § 2255 PETITION - 2
*United States v. Ponce-Maradiaga*, C26-2087-KKE