**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SELVIN PONCE-MARADIAGA,<br><br>Petitioner(s),<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent(s). | CASE NO. C26-2087-KKE<br>[related to CR24-0092-KKE-2]<br><br>ORDER GRANTING THE GOVERNMENT'S UNOPPOSED MOTION TO SEAL |

The Government filed a motion to seal its answer to the § 2255 Petition and its accompanying exhibits. Dkt. No. 9. The Government contends that its answer to the § 2255 Petition and its exhibits should remain sealed due to the previously-sealed information referenced therein. *Id.* Petitioner did not file an opposition.

Having reviewed the Government's motion along with the publicly available versions of the Government's answer and its exhibits (Dkt. No. 10), the Court finds compelling reasons to maintain the Government's non-public answer and its exhibits (Dkt. No. 11) under seal. The Government's motion to seal is therefore GRANTED.

Dated this 1st day of October, 2026.

Kymberly K. Evanson
United States District Judge